UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 14, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Brooke Adams, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-18-3948 |
| | § | |
| Fan Chen, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Permanent Injunction

1. The variety of complaints made by Fan Chen and Ruikun Tao, against Brooke Adams and Weston Piper, to Child Protective Services, business associates, landlords, and others, were corruptly made with no minuscule amount of truth to any of them.

2. Fan Chen, Ruikun Tao, and anyone associated with them are prohibited from contacting Brooke Adams; Weston Piper; their children, relatives, friends, current and future landlords, financial institutions, and business associates; Child Protective Services; and any other person or entity conceivably correlated to them without first getting this court's approval.

Signed on February 13, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge