United States District Court
Southern District of Texas
**ENTERED**
June 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Brooke Adams, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-18-3948 |
| | § | |
| Fan Chen, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Final Judgment

1. Fan Chen and Ruikun Tao take nothing from Brooke Adams and Weston Piper.

2. Brooke Adams and Weston Piper will recover $45,627.69 in attorney's fees, jointly and severally, from Fan Chen and Ruikun Tao.

Signed on June 18, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge